IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR23 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMY KNUDSEN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jeremy Knudsen,   appeared before the court on September 3, 2010 on a Summons for a  Petition for Offender Under Supervision [162].    The defendant was represented by appointed counsel, Brandie Fowler and the United States was represented by Assistant U.S. Attorney Kimberly Bunjer.  The defendant enters denials on the petition.  The oral motion to continue is granted.

IT IS ORDERED:

1.   Brandie Fowler is re-appointed to represent this defendant in this matter.

2. Final Disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on March 4, 2010.**  Defendant must be present in person.

3.  Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 3rd day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge