IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:06CR23** |
| vs. | |
| JEREMY KNUDSEN, | **ORDER** |
| Defendant. | |

Defendant Jeremy Knudsen appeared before the court on Wednesday, February 5, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [175]. The defendant was represented by Assistant CJA Panel Attorney Brandie M. Fowler, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

IT IS ORDERED:

1.      A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 14, 2014 at 3:30 p.m. Defendant must be present in person.

2.      The defendant is released on current conditions of supervision.

Dated this 5th day of February, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge